IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAREN JEAN MILLER,** | **CV F 05-0106 REC WMW HC** |
| Petitioner, | **ORDER DENYING MOTION TO ALLOW PETITIONER** |
| v. | **LAW LIBRARY ACCESS** |
| **CDC - BOARD OF PRISON TERMS,** | [Doc. 7] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 23, 2005, Petitioner filed a motion seeking an order requiring the Fresno County Jail to allow him access to the law library. This court lacks jurisdiction over an entity which is not a party to a pending lawsuit.

1  Accordingly, Petitioner's motion is HEREBY DENIED.

6  IT IS SO ORDERED.

7  **Dated:   August 9, 2005**          **/s/  William M. Wunderlich**
   bl0dc4                                UNITED STATES MAGISTRATE JUDGE

2