UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN JEAN MILLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CDC - BOARD OF PRISON TERMS,<br><br>　　　　Respondent. | CV F 05-0106 REC WMW HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL AND DIRECTING ENTRY OF JUDGMENT FOR RESPONDENT<br><br>[Doc. 16] |

　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 17, 2006, Petitioner filed a motion for voluntary dismissal of this case. Under Rule 41(a) of the Federal Rules of Civil Procedure, a party may voluntarily dismiss an action without leave of court any time before the opposing party files an answer. Respondent has not yet filed a responsive pleading in this case.

　　　Accordingly,　IT IS HEREBY ORDERED　as follows:

1)　Petitioner's motion for voluntary dismissal of this action is GRANTED;

2)　This action is DISMISSED without prejudice;

3)　The Clerk of the Court is directed to CLOSE this case and to enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:　March 21, 2006**　　　　　　　　　　　　**/s/ Robert E. Coyle**
668554　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE